UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SPRINT SOLUTIONS, INC. and SPRINT COMMUNICATIONS COMPANY L.P., <br><br>　　Plaintiffs,<br><br>v.<br><br>J&S INVESTMENTS OF DELAWARE, INC. doing business as CELLUSALES, SARABJIT SINGH also known as SAM SINGH, FRANK J. ALTAMURA, KARAMJEET SINGH also known as RICKY SINGH,<br><br>　　Defendants. | 1:16-cv-01420-NLH-AMD<br><br>**ORDER** |

　　For the reasons expressed in the Court's Opinion filed today,

　　IT IS on this ___1st___ day of ___February___, 2018

　　ORDERED that the MOTION to Dismiss by SPRINT COMMUNICATIONS COMPANY L.P. and SPRINT SOLUTIONS, INC. [115] be, and the same hereby is, GRANTED; and it is further

　　ORDERED that the Cross MOTION to Amend/Correct Brief in Opposition to Motion to Dismiss and in Support of its Cross-Motion for Leave to File an Amended Answer and Third Party Complaint by FRANK J ALTAMURA, J&S INVESTMENTS OF DELAWARE, INC., KARAMJEET SINGH, and SARABJIT SINGH [117] be, and the same hereby is, DENIED; and it is further

ORDERED that Plaintiffs' complaint against Defendants is DISMISSED WITHOUT PREJUDICE; and it is further

ORDERED that the Clerk of the Court shall mark this matter as CLOSED.


At Camden, New Jersey             ___s/ Noel L. Hillman___
                                  NOEL L. HILLMAN, U.S.D.J.